■ In the Matter of JOSEPH SANCHEZ, Appellant, v BRONX COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent. [31 NYS3d 31]—

Appeal from order, Supreme Court, Bronx County (Wilma Guzman, J.), entered March 20, 2014, which, to the extent appealed from as limited by the briefs, denied in part the petition seeking to compel respondent to disclose certain records pursuant to the Freedom of Information Law (FOIL), unanimously dismissed, without costs.

"No appeal lies as of right from an order in an article 78 proceeding remanding a matter to an agency for further nonministerial proceedings" (*Matter of Clermont Tenants Assn. v New York State Div. of Hous. & Community Renewal*, 73 AD3d 658, 658 [1st Dept 2010]; *see Matter of Crawford v New York City Dept. of Info. Tech. & Telecom.*, 136 AD3d 591 [1st Dept 2016]; *see also* CPLR 5701 [b] [1]), and we decline to grant leave sua sponte. Concur—Acosta, J.P., Manzanet-Daniels, Kapnick and Gesmer, JJ.